UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA S BOYER,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT VASCULAR INC.,<br><br>    Defendant. | Case No. 23-cv-00838-AGT<br><br>**ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE AND ADR PROCESS**<br><br>Re: Dkt. No. 50 |

    The Court approves the parties' proposed briefing schedule on defendant's forthcoming motion to dismiss. Defendant must file its motion to dismiss by April 28, 2023, plaintiff must file her response by May 30, 2023, and defendant must file any reply by June 13, 2023.

    The Court denies the parties' request for an exemption from the ADR Multi-Option Program. Although the parties believe they will need to conduct discovery "prior to participating in any mediation or other alternative dispute resolution program," dkt. 50 at 2, they can—and should—still meet and confer to discuss ADR options. *See* ADR L.R. 3-5(a). The ADR Multi-Option Program doesn't require the parties to participate in an ADR session today, next month, or even this year if an ADR session wouldn't be beneficial. But the parties need to start a dialogue and should be prepared to discuss ADR options and the timing of ADR at the initial case management conference. The local rules governing the ADR Multi-Option Program will continue to apply in this case.

    **IT IS SO ORDERED.**

Dated: April 4, 2023

                                                  Alex G. Tse<br>
                                                  United States Magistrate Judge