UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA S BOYER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ABBOTT VASCULAR INC.,<br><br>        Defendant. | Case No.  23-cv-00838-AGT<br><br>**ORDER REGARDING MODIFICATION OF CASE SCHEDULE**<br><br>Re: Dkt. No. 115 |

      Plaintiff Rebecca S. Boyer (Boyer) moves to extend the fact discovery cut-off date, expert discovery dates, and the deadline to file dispositive motions set forth in the case scheduling order. Dkt. 115. Defendant Abbott Vascular Inc. (Abbott) opposes. Dkt. 116. The Court previously granted the parties one extension of time, *see* dkt. 112, and now denies a second extension for lack of good cause.

      A scheduling order may be modified only for good cause. Fed. R. Civ. P. 16(b)(4). Boyer has failed to demonstrate good cause for a second extension. Discovery has been ongoing for a significant period and with very little activity. There was no justification provided in Boyer's motion for the scramble to complete discovery prior to the close of fact discovery or for why Boyer requires more time. Also missing is a clear outline of what additional discovery is required. Abbott states that Boyer's request is due to poor case management. *See* dkt. 116. The Court agrees with that assessment. Claiming there is no prejudice — without more — is unavailing. Pushing fact discovery into the expert discovery period only

complicates and potentially frustrates the preparation of the case necessary to have a meaningful settlement conference in August 2025. *See* dkt. 100 (setting date for settlement conference). There is plenty of work remaining before the trial in April 2026. *See* dkt. 96 (setting case schedule). Now is the time to exercise diligence and attention to this case.

The Court therefore will not modify the case schedule, with one exception. Abbott does not oppose the deposition of one Abbott employee in June 2025, as a legitimate follow-up to a Rule 30(b)(6) deposition that occurred in April of 2025. Dkt. 116 at 2–3 & 5 n.2. The Court therefore agrees that the corporate deposition may go forward beyond the close of fact discovery, in June of 2025.

This order dispenses with dkt. 115.

**IT IS SO ORDERED.**

Dated: May 29, 2025

_____
Alex G. Tse
United States Magistrate Judge